# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES JACKSON, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FENWAY PARTNERS, LLC, LAURA HENDRICKS, GEORGE MANEY, and DOES 1-20,<br><br>    Defendants.<br><br>FENWAY PARTNERS, LLC, LAURA HENDRICKS, and GEORGE MANEY,<br><br>    Third Party Plaintiffs,<br><br>v.<br><br>COACH AM GROUP HOLDINGS, CORP, et al.,<br><br>    Third Party Defendants. | C.A. No. 1:13-cv-00858-LPS |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the above captioned case be referred to the United States Bankruptcy Court for the District of Delaware pursuant to 28 U.S.C. § 157(a) and this Court's Standing Order of Reference dated February 29, 2012, as this litigation is related to matters now pending before that Court.

_____
Judge Leonard P. Stark

{A&B-00252723}