## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES JACKSON, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>FENWAY PARTNERS, LLC, LAURA HENDRICKS, GEORGE MANEY, and DOES 1-20,<br><br>       Defendants.<br><br>FENWAY PARTNERS, LLC, LAURA HENDRICKS, and GEORGE MANEY,<br><br>       Third Party Plaintiffs,<br><br>       v.<br><br>COACH AM GROUP HOLDINGS, CORP., et al.,<br><br>       Third Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:13-cv-00858-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the above captioned case be referred to the United States

Bankruptcy Court for the District of Delaware pursuant to 28 U.S.C. § 157(a) and this Court's

Standing Order of Reference dated February 29, 2012, as this litigation is related to matters now

pending before that Court.

_____
Judge Leonard P. Stark