OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino CLERK

LOCKBOX 18 844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 14, 2013

David D. Bird, Clerk of Court
United States Bankruptcy Court
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

    RE:    James Jackson et al. v. Fenway Partners, LLC et al.
             USDC/DE C.A. No. 13-858-LPS

Dear Mr. Bird:

Pursuant to the Order dated 6/14/13 referring the above captioned case to your Court, enclosed please find the following items:

( X) Certified copy of the docket sheet;
( X) Certified copy of the Order of Referral;
(  ) Original case file documents (if applicable);

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.
Sincerely,

John A. Cerino, Clerk of Court

By: _____
            Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on _____.**

_____
**Signature**