# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| JAMES JACKSON, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | C.A. No. 13-858-LPS |
| FENWAY PARTNERS, LLC; LAURA HENDRICKS; GEORGE MANEY; and DOES 1-20, | JURY TRIAL DEMANDED |
| Defendants. | |

## ENTRY OF APPEARANCE

Please enter the appearance of Timothy J. Wilson, Esq. on behalf of Plaintiff James Jackson, on behalf of himself and all others similarly situated, in the above-captioned matter. Copies of all correspondence, pleadings, notices and all other filings and documents relating to this lawsuit should be served on the undersigned.

THE WILSON FIRM

*/s/ Timothy J. Wilson*
Timothy J. Wilson (# 4323)
24 Deerborne Trail
Newark, DE 19702
(302) 286-1100 Telephone
(302) 286-1112 Facsimile
twilson@wilsonfirmllc.com
*Attorney for Plaintiff*

June 20, 2013